IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NUMBER 3:10-cv-550-RLV-DSC

J & J SPORTS PRODUCTIONS, INC., as )
Broadcast Licensee of the May 1, 2010 )
Mayweather/Mosley broadcast, )
                                     )
            Plaintiff,               )
                                     )            ORDER
      v.                             )
                                     )
BENNY KAY CROCKETT, Individually, d/b/a )
NEW R B LOUNGE, a/k/a R & B LOUNGE   )
                                     )
            Defendants.              )

        Considering the foregoing  "Application for Admission to Practice  Pro Hac Vice"

(document #2) , **IT IS HEREBY ORDERED** that Julie Cohen Lonstein be and hereby is, permitted

to appear <u>pro hac vice</u> for all purposes, including being heard in open court, in all aspects of the

above captioned matter.

        **SO ORDERED**.             Signed: November 30, 2010

                                    _____
                                    David S. Cayer
                                    United States Magistrate Judge